UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA  DIVISION

ALFREDO ALTO BARRIOS

_____
Plaintiff

Case No.  3:26-cv-00731

VS.

Warden for Jackson Parish Correctional Center, et al.

_____
Defendant

Judge   Hon. Alexander C. Van Hook

Magistrate Judge   Hon. Mark L. Hornsby

**ORDER**

IT IS ORDERED that <u>Brandon H. Riches</u> be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Alfredo Alto Barrios in the above described action.

24th day of March, 2026
SO ORDERED on this, the ___ day of ___, 20___.

_____
U.S. Magistrate Judge